FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 3 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP/CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHERRY NUCKLES**                                       **Plaintiff**

v.                      Case No. 4-06 CV00000178 WRW

**WAL-MART STORES, INC.**                         **Defendant**

This case assigned to District Judge Wilson
and to Magistrate Judge _____

**COMPLAINT**

Comes now the Plaintiff, Sherry Nuckles, by and through her attorneys, Hancock and Lane for its Complaint states as follows:

A. Jurisdiction and Parties

1. This court has jurisdiction for this matter under 28 U.S.C. 1331, 1338 and 1367, as a federal question under the copyright laws.

2. Venue is proper in this District in that Defendant Wal-Mart, Inc., has location stores throughout and a substantial part of the events or omissions giving rise to the claim occurred in this District.

3. Plaintiff Sherry Nuckles lives in Pleasant Plains, White County, Arkansas.

4. Based upon the above and herein jurisdiction and venue are proper.

**B. Statement of Facts**

5. Plaintiff Sherry Nuckles was at all times relevant to this Complaint as a professional photographer.

6. Plaintiff Nuckles made professional photographs of Teresa Scarbough on or around April 3, 2003.

7.     Ms. Nuckles made these available for purchase for her client Teresa Scarbough, and Ms. Scarbough's mother, Angela Buck.

8.     In late May 2003, Mrs. Scarbough told Ms. Nuckles she did not want to purchase any photographs because they were too high in price.

9.     On or about June 6th, 2003, Ms. Nuckles learned that Mrs. Scarbough had taken proof shots from the professional photo shoot of Teresa Scarbough to Wal-Mart located in Searcy, White County, Arkansas to copy.

10.    Teresa Scarbough admitted to copying several of Ms. Nuckles professional photographs at a walk-up photocopier (Kodak Picturemaker Machine) located in the Searcy, Arkansas Wal-Mart location.

11.    Ms. Nuckles was able to re-cover some of the professional photographs that had been copied at the Searcy Wal-Mart location.

12.    Ms. Nuckles subsequently filed with the United States Copyright Office and registered her professional photographs with an effective date of July 3, 2003.

13.    It was the store policy, at the time this cause of action took place, to allow customers to photocopy materials including copyrighted matters.

## C. Causes of Action

14.    Wal-Mart violated the United States Copyright Act as pursuant to 17 U.S.C. § 101 et seq.

15.    Wal-Mart is an infringer as defined in 17 U.S.C. 501.

16.    Wal-Mart is liable for negligent supervision of their employees.

17.    Wal-Mart is liable for statutory damages plus attorneys fees.

**D. Prayer for Relief**

18.     Plaintiff seeks all compensatory, statutory, punitive, attorneys' fees, costs, and any other relief which they may be granted.

**WHEREFORE**, the Plaintiff, Sherry Nuckles, pray that she have and recover judgment from and against the Defendant, in an amount sufficient to compensate Plaintiffs for all damages as set forth in the preceding Complaint, plus costs herein expended; and for all other relief to which he may appear entitled including punitive damages, and interest.

JURY TRIAL DEMANDED.

**Sherry Nuckles, PLAINTIFF**

By: _____

**Hancock, Lane & Barrett**
**Charles D. Hancock**
**Attorney for Plaintiff**
AR No. 2001022
300 Spring Street, Ste. 400
Little Rock, AR 72201
(501) 372-6400

By: _____

**Walker Law Firm**
**Kent Walker**
**Attorney for Plaintiff**
AR No. 2004199
300 Spring Street, Ste. 400
Little Rock, AR 72201
(501) 372-6400