IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRY NUCKLES                                                                                    PLAINTIFF

vs.                               No. 4-06 CV-0178 WRW

WAL-MART STORES, INC.                                                                        DEFENDANT

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves the Court for an Order compelling discovery pursuant to Rule 37(a)(2)(A) & (B) of the Federal Rules of Civil Procedure. Plaintiff has failed to provide answers to interrogatories or responses to requests for production of documents. Wal-Mart certifies that it has conferred in good faith with Plaintiff in an effort to secure the information without court action, but said efforts have proven unsuccessful. In support of this motion, Wal-Mart relies upon a contemporaneously filed brief and incorporates it herein by reference.

/s/ Eva C. Madison
Eva C. Madison (98183)
R. Scott Summers (2006102)
Littler Mendelson, P.C.
3608 N. Steele Blvd., Suite 214
Fayetteville, Arkansas 72703
Telephone: 479-442-5376
Fax: 479-442-3765
emadison@littler.com

Attorneys for Defendant Wal-Mart Stores, Inc.

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Charles Daniel Hancock
Hancock, Lane & Barrett, P.A.
300 Spring Street , Suite 400
Little Rock, AR 72201
danhancock50@hotmail.com

Kent R. Walker
Walker Law Firm
300 Spring Street, Suite 220
Little Rock, AR 72201
kent@walkerlawfirm.us

                                                    /s/ Eva C. Madison