IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRY NUCKLES                                                                    PLAINTIFF

vs.                                         4:06CV00178-WRW

WAL-MART STORES, INC.                                                        DEFENDANT

## ORDER

Pending before the Court is Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order, to Quash Subpoena, and to Clarify Status of Discovery (Doc. No. 55). Having reviewed the motion and Plaintiff Sherry Nuckles' response and having considered the parties' briefs and the arguments of counsel at a telephone hearing held on March 30, 2007, the Defendant's motion is GRANTED in part, and DISMISSED in part AS MOOT, and otherwise REMAIN PENDING as follows:

1.      Unless taken at an earlier time by agreement of the parties, the deposition of Mr. Mike Schubert will be taken at 1 p.m. on Sunday, April 15, 2007. It will terminate at 6 p.m. on that date; two breaks of not more than 15 minutes each may be taken. It will be taken at the office of Defendant's attorneys in Fayetteville.

2.      Plaintiff announced to the Court that she has withdrawn her request for the fee agreement between Defendant and its attorneys, so Defendant's motion is moot in that respect.

3.      With respect to Plaintiff's request for the personnel, training, and disciplinary files of twelve (12) current and former employees of Defendant, Plaintiff is directed to provide the Court with a letter brief of no more than five (5) pages identifying the subject individuals and explaining why she believes she is entitled to the files. Plaintiff will fax her letter brief to me and to Defendant's counsel no later than noon on Friday, April 6, 2007. Defendant is directed to

1

provide a response letter brief of no more than five (5) pages no later than noon on Tuesday, April 10, 2007, also by fax me and to Plaintiff's counsel. The Court will then proceed to determine whether to grant or deny the request or to conduct an *in camera* review of the requested files.

    4.    With respect to the status of discovery, the Court's Amended Final Scheduling Order dated January 25, 2007 governs this issue. Discovery is open under the terms of that Order.

IT IS SO ORDERED this 18th day of April, 2007.

                                      /s/Wm. R. Wilson, Jr.
                                  UNITED STATE DISTRICT JUDGE