**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SHERRY NUCKLES                                                                                    PLAINTIFF

vs.                                        No. 4-06 CV-0178 WRW

WAL-MART STORES, INC.                                                                       DEFENDANT

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW SUMMARY JUDGMENT MOTION WITHOUT PREJUDICE TO REFILING

Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), for its motion to withdraw summary judgment motion without prejudice to refiling, states as follows:

1. The dispositive motion deadline in this case was initially set for October 25, 2006. Accordingly, Wal-Mart filed its summary judgment motion on that date. (Doc. No. 28). Thereafter, however, Plaintiff obtained permission from the Court to conduct additional discovery, and by Order dated January 25, 2007, discovery was reopened, with a deadline of June 6, 2007. The dispositive motion deadline was reset for June 21, 2007. Plaintiff has not yet responded to Wal-Mart's summary judgment motion, and her time for doing so has not yet expired.

2. Because discovery is ongoing, Wal-Mart would like to withdraw its pending motion for summary judgment and refile by the new dispositive motion deadline, taking into consideration new information learned through additional discovery.

3. Wal-Mart's counsel spoke with Plaintiff's counsel on Friday, April 21, regarding the proposed withdrawal, and they have no objection thereto.

4. If this motion is granted, Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (Doc. No. 70) will be moot.

-2-

WHEREFORE, Defendant Wal-Mart Stores, Inc., requests that its motion for summary judgment filed October 25, 2006, be dismissed without prejudice, subject to later refilling by the current dispositive motion deadline of June 21, 2007.

/s/ Eva C. Madison
Eva C. Madison (98183)
R. Scott Summers (2006102)
Littler Mendelson, P.C.
3608 N. Steele Blvd., Suite 214
Fayetteville, Arkansas 72703
Telephone: 479-442-5376
Fax:  479-442-3765
emadison@littler.com

Attorneys for Defendant Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Charles Daniel Hancock
hancock@hlblawfirm.com

Kent R. Walker
kent@walkerlawfirm.us

/s/ Eva C. Madison

-2-