**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHERRY NUCKLES                                                                                          PLAINTIFF

vs.                                         No. 4-06 CV-0178 WRW

WAL-MART STORES, INC.                                                                       DEFENDANT

**STIPULATION OF DISMISSAL**

It is stipulated and agreed by the parties that this cause of action has been settled and compromised. Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sherry Nuckles and Defendant Wal-Mart Stores, Inc., through their respective counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendant, with each party to bear their own costs.

| | |
|---|---|
| /s/ Eva C. Madison | /s/ C. Daniel Hancock |
| Eva C. Madison (98183) | Charles D. Hancock (2001022) |
| R. Scott Summers (2006102) | Hancock, Lane & Barrett |
| Littler Mendelson, P.C. | 300 Spring St., Suite 400 |
| 3608 N. Steele Blvd., Suite 214 | Little Rock, AR 72201 |
| Fayetteville, Arkansas 72703 | Telephone: 501-372-6400 |
| Telephone: 479-442-5376 | Fax: 501-372-6401 |
| Fax: 479-442-3765 | hancock@hlblawfirm.com |
| emadison@littler.com | |
| | |
| Attorneys for Defendant Wal-Mart Stores, Inc. | Attorney for Plaintiff Sherry Nuckles |

Firmwide:82788874.1 015602.5014